NUMBER 13-00-760-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

________________________________________________________________


AMERICAN EXCESS & SURPLUS , Appellant,
v.


AFFOLTER CONTRACTING COMPANY, INC. , Appellee.

_______________________________________________________________


On appeal from the 214th District Court

of Nueces County, Texas.

________________________________________________________________


O P I N I O N


Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam



Appellant, AMERICAN EXCESS & SURPLUS , perfected an appeal from a judgment entered by the 214th District Court
of Nueces County, Texas, in cause number 94-2643-F . After the notice of appeal was filed and after the appeal was abated
for purposes of settlement, the parties filed an agreed motion to dismiss the appeal. In the motion, the parties state that they
have settled all disputes and controversies between them. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the agreed motion to dismiss the appeal, is of the opinion that the
appeal should be reinstated and the agreed motion should be granted. The appeal is hereby reinstated. The agreed motion
to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 14th day of February, 2002 .